UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| PEDRO ROSALES-MARTINEZ | ) |
| Plaintiff, | ) 3:10-cv-0748-ECR-VPC |
| vs. | ) |
| | ) ORDER OF DISMISSAL WITHOUT |
| COLBY PALMER, et al., | ) PREJUDICE PURSUANT TO RULE 4(m) |
| | ) FEDERAL RULES OF CIVIL |
| | )         PROCEDURES |
| Defendant(s). | ) |

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice as to: Guadalupe Cortez.

DATED this 17 day of Nov., 2011.

_Edward C. Reed_
EDWARD C. REED
UNITED STATES DISTRICT JUDGE