AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

PEDRO ROSALES-MARTINEZ,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:10-cv-00748-ECR-VPC**

COLBY PALMER, et al.,

     Defendants.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants City of Reno and Colby Palmer's Motion to Dismiss (Dkt. No. 9) is **GRANTED.** Plaintiff failed to file his complaint within the applicable statute of limitation. As such, this action must be dismissed against all Defendants with prejudice.

  December 14, 2011                             **LANCE S. WILSON**
                                                                 Clerk

                                                            /s/ Katie Lynn Ogden
                                                              Deputy Clerk