UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PEDRO ROSALES MARTINEZ,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br>COLBY PALMER, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:10-cv-00748-MMD-VPC<br><br>REFERRAL TO PRO BONO PROGRAM |

　　　　This case is referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2014-01 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiff. The scope of appointment shall be for the limited purpose of representing Plaintiff in addressing whether Plaintiff's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994)*,* because Plaintiff stands convicted of one count for which he was originally convicted. (*See* dkt. no. 115, Sect. IV(B).) By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.

　　　　Accordingly, it is hereby ordered that this case is referred to the Pilot Pro Bono Program for appointment of counsel for the purposes identified herein.

　　　　It is further ordered that the Clerk shall also forward this order to the Pro Bono Liaison.

　　　　DATED THIS 21st day of September 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE