UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PEDRO ROSALES MARTINEZ,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>COLBY PALMER, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:10-cv-00748-MMD-VPC<br><br>ORDER |

　　　　The Court's September 21, 2015 Order defers ruling on County Defendants and City Defendants' argument that Plaintiff's claims are barred under *Heck v. Humphrey,* 512 U.S. 477 (1994) because Plaintiff stands convicted of one count for which he was originally convicted pending appointment of *pro bono* counsel for Plaintiff. (Dkt. no. 115.) Now that *pro bono* counsel has been appointed, the Court will set a briefing schedule for the parties to brief this issue. Defendants will have fifteen (15) days to file their brief to present their arguments that Plaintiff's claims are precluded under *Heck*.[1] Plaintiff will have thirty (30) days from the filing of Defendants' brief to file a response.

　　　　DATED THIS 26th day of April 2016.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Miranda M. Du
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The Court assumes Defendants will not require the same amount of time as Plaintiff's *pro bono* counsel in light of the fact that Defendants previously briefed this issue.