L. Edward Humphrey—NV Bar 9066
**HUMPHREY LAW PLLC**
201 West Liberty Street, Suite 204
Reno, Nevada 89501
Tel:  775.420.3500
Fax:  855.485.6329
ed@hlawnv.com
*Attorney for Plaintiff,*
*Pedro Rosales-Martinez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO ROSALES-MARTINEZ<br><br>  Plaintiff,<br><br>v.<br><br>COLBY PALMER, et. al.,<br><br>  Defendants. | Case No.: 3:10-cv-00748-MMD-VPC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' RENEWED RULE 12 MOTIONS (ECF Nos. 136, 137, and 138)** |

IT IS HEREBY STIPULATED by and between Plaintiff Pedro Rosales-Martinez ("Plaintiff"), and Defendants Washoe County, Heidi Poe, City of Reno, Colby Palmer and Rick Ayala (collectively, "Defendants"), by and through their respective attorneys, that Plaintiff may have additional time within which to respond to Washoe County's *Renewed Motion to Dismiss* [ECF No. 136], Defendant Heidi Poe's *(Second) Renewed Motion for More Definite Statement* [ECF 137], and *Defendants City of Reno, Colby Palmer and Rick Ayala's Renewed Motion to Dismiss* [ECF 138] each filed on December 21, 2017 (collectively, the "Defendants' Renewed Rule 12 Motions"). Pursuant to this Stipulation, Plaintiff shall have until February 4, 2018 in which to file a Response/Opposition to the Defendants' Rule 12 Motions, and Defendants shall each have until February 22, 2018 to file any reply thereto.

1

Good cause exists for this extension as Plaintiff's counsel has just recently been engaged to represent the Plaintiff regarding the remaining elements of the case and requires time to become knowledgeable about the case and its procedural posture, and to prepare a response.

This stipulation is not filed for any dilatory or improper purpose.

| | |
|---|---|
| **HUMPHREY LAW PLLC** | **CHRISTOPHER J. HICKS**<br>**DISTRICT ATTORNEY** |
| By: /s/ *L. Edward Humphrey*<br>L. Edward Humphrey, Esq. NSBN 9066<br>201 W. LIBERTY STREET, SUITE 204<br>RENO, NEVADA 89501<br>Tel: 775.420.3500<br>Fax: 855.485.6329<br>ed@hlawnv.com<br>*Attorney for Plaintiff* | By: /s/ *Herbert B. Kaplan*<br>Herbert B. Kaplan, Esq.<br>Deputy District Attorney, NSBN 7395<br>P.O. Box 11130<br>RENO, NV 89520-0027<br>Tel: 775-337-5700<br>*Attorneys for Washoe County* |
| **ADAM PAUL LAXALT**<br>**Attorney General** | **KARL S. HALL**<br>**RENO CITY ATTORNEY** |
| By: /s/ *Nathan L Hastings*<br>Nathan L. Hastings, NSBN 11593<br>Senior Deputy Attorney General<br>555 Wright Way<br>Carson City, Nevada 89711<br>Tel: 775-684-4606<br>Fax: 775-684-4601<br>*Attorneys for Defendant Heidi Poe* | By: /s/ *Mark W. Dunagan*<br>Mark W. Dunagan, Esq.<br>Deputy City Attorney, NSBN 10574<br>Post Office Box 1900<br>Reno, Nevada 89505<br>Tel: 775-334-2050<br>*Attorneys for City of Reno* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated __January 4__, 2018.