## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| PEDRO ROSALES-MARTINEZ, | ) | 3:10-CV-0748-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | January 11, 2018 |
| | ) | |
| COLBY PALMER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>    LISA MANN    </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to continue initial case management conference and related deadlines (ECF No. 142) is **DENIED**. The case management conference shall proceed as set on January 22, 2018 at 10:00 am in Courtroom One before United States Magistrate judge Valerie Cooke (ECF No. 139).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>        /s/        </u>
Deputy Clerk