L. Edward Humphrey—NV Bar 9066
**HUMPHREY LAW PLLC**
201 West Liberty Street, Suite 204
Reno, Nevada 89501
Tel:    775.420.3500
Fax:   855.485.6329
ed@hlawnv.com
*Attorney for Plaintiff,*
*Pedro Rosales-Martinez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO ROSALES-MARTINEZ<br><br>Plaintiff,<br><br>v.<br><br>COLBY PALMER, et. al.,<br><br>Defendants. | Case No.: 3:10-cv-00748-MMD-VPC<br><br>**STIPULATION AND ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT AND RELATED DEADLINES** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff Pedro Rosales-Martinez ("Plaintiff"), and Defendants Washoe County, Heidi Poe, City of Reno, Colby Palmer and Rick Ayala (collectively, "Defendants"), by and through their respective attorneys, that pursuant to discussion and agreement between the parties and the Court at the Status Conference held January 22, 2018 that:

- Plaintiff is allowed to file a Second Amended Complaint as to the claims against Defendant Heidi Poe.

- Plaintiff's Second Amended Complaint attached to the *SUPPLEMENTAL CASE MANAGEMENT REPORT AND STIPULATION REGARDING SECOND AMENDED COMPLAINT AND MORE DEFINITE STATEMENT REGARDING DEFENDANT POE* filed contemporaneously herewith shall be the operative complaint.

1

- Plaintiff shall separately file the Second Amended Complaint on the Court's docket no later than three (3) days after entry of the Court's Order approving this Stipulation.
- Defendants shall each have fourteen (14) days from the date of service of Plaintiff's Second Amended Complaint to file or renew any Rule 12 Motions as they may relate to the operative complaint.
- Plaintiff shall have fourteen (14) days to respond to any Rule 12 Motion filed.

This stipulation is not filed for any dilatory or improper purpose.

| | |
|---|---|
| **HUMPHREY LAW PLLC** | **CHRISTOPHER J. HICKS**<br>**DISTRICT ATTORNEY** |
| By: /s/ L. Edward Humphrey<br>L. Edward Humphrey, Esq. NSBN 9066<br>201 W. LIBERTY STREET, SUITE 204<br>RENO, NEVADA 89501<br>Tel: 775.420.3500<br>Fax: 855.485.6329<br>ed@hlawnv.com<br>*Attorney for Plaintiff* | By: /s/ Herbert B. Kaplan<br>Herbert B. Kaplan, Esq.<br>Deputy District Attorney, NSBN 7395<br>P.O. BOX 11130<br>RENO, NV 89520-0027<br>Tel: 775-337-5700<br>*Attorneys for Washoe County* |
| **ADAM PAUL LAXALT**<br>**Attorney General** | **KARL S. HALL**<br>**RENO CITY ATTORNEY** |
| By: /s/ Nathan L. Hastings<br>Nathan L. Hastings, NSBN 11593<br>Senior Deputy Attorney General<br>555 Wright Way<br>Carson City, Nevada 89711<br>Tel: 775-684-4606<br>Fax: 775-684-4601<br>*Attorneys for Defendant Heidi Poe* | By: /s/ Jonathan Shipman (signing on behalf of Mark Dunagan)<br>Mark W. Dunagan, Esq.<br>Deputy City Attorney, NSBN 10574<br>Post Office Box 1900<br>Reno, Nevada 89505<br>Tel: 775-334-2050<br>*Attorneys for City of Reno* |

///

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated February 6, 2018.