KARL S. HALL
Reno City Attorney
MARK W. DUNAGAN
Deputy City Attorney
Nevada State Bar #10574
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorney for City of Reno,
Colby Palmer and Rick Ayala*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO ROSALEZ-MARTINEZ,<br><br>Plaintiff,<br>vs.<br><br>STATE OF NEVADA, *et. al.*,<br><br>Defendants. | Case No.: 3:10-CV-00748-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE FOR DEFENDANTS CITY OF RENO, COLBY PALMER AND RICK AYALA**<br>**(FIRST REQUEST)** |

## **STIPULATION TO EXTEND REPLY DEADLINE**

Plaintiff, Pedro Rosales Martinez by and through his attorney L. Edward Humphrey, and Defendants City of Reno, Colby Palmer and Rick Ayala (hereinafter, "City Defendants") by and through their undersigned counsel, hereby agree and stipulate to extend the due date for City Defendants' Reply to Plaintiff's Omnibus Opposition to Motions to Dismiss (ECF # 166) from March 15, 2018 to March 29, 2018.

The extension of this deadline is requested to accommodate the schedule of counsel for Reno Defendants, and is

//
//
//
//

not brought for any improper purpose or undue delay.

DATED this 15th day of March, 2018     DATED this 15th day of March, 2018.

KARL HALL                               HUMPHREY LAW PLLC
RENO CITY ATTORNEY

BY: /s/ Mark W. Dunagan                 /s/ L. Edward Humphrey
MARK W. DUNAGAN                         L. Edward Humphrey
NEVADA BAR #10574                       Nevada Bar # 9066
P.O. Box 1900                           140 Washington Street, Suite 210
Reno, Nevada 89505                      Reno, Nevada 89501
(775) 334-2050                          (775) 420-3500
*Attorneys for City of Reno*            *Attorney for Plaintiff*
*and Colby Palmer and Rick Ayala*

**ORDER**

IT IS SO ORDERED.

Dated this  15th day of     March         . 2018

_____
UNITED STATES DISTRICT JUDGE