KARL S. HALL
Reno City Attorney
MARK W. DUNAGAN
Deputy City Attorney
Nevada State Bar #10574
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorneys for Colby Palmer and Rick Ayala*

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 24 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO ROSALEZ-MARTINEZ,<br>Plaintiff,<br>vs.<br>COLBY PALMER, *et. al*.,<br>Defendants. | Case No.: 3:10-CV-00748-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE (FIRST REQUEST)** |

**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Plaintiff, Pedro Rosales Martinez by and through his attorney L. Edward Humphrey, and Defendants Colby Palmer and Rick Ayala by and through their undersigned counsel, hereby agree and stipulate to extend the due date for Defendants' Answer to Plaintiff's Second Amended Complaint (ECF # 157) from September 21, 2018 to September 28, 2018.

The extension of this deadline is requested to accommodate the schedule of counsel for Defendants, and is

//

//

//

//

//

//

not brought for any improper purpose or undue delay.

DATED this 21st day of September, 2018    DATED this 21st day of September, 2018.

| KARL HALL | HUMPHREY LAW PLLC |
| --- | --- |
| RENO CITY ATTORNEY | |
| | |
| BY: /s/ Mark W. Dunagan | /s/ L. Edward Humphrey |
| MARK W. DUNAGAN | L. Edward Humphrey |
| NEVADA BAR #10574 | Nevada Bar # 9066 |
| P.O. Box 1900 | 140 Washington Street, Suite 210 |
| Reno, Nevada 89505 | Reno, Nevada 89501 |
| (775) 334-2050 | (775) 420-3500 |
| *Attorneys for City of Reno and Colby Palmer and Rick Ayala* | *Attorney for Plaintiff* |

## ORDER

IT IS SO ORDERED.

Dated this 24th day of September, 2018

_____
United States Magistrate Judge