KARL S. HALL
Reno City Attorney
MARK W. DUNAGAN
Deputy City Attorney
Nevada State Bar #10574
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorneys for Colby Palmer
and Rick Ayala*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO ROSALEZ-MARTINEZ,<br><br>Plaintiff,<br>vs.<br><br>COLBY PALMER, et. al.,<br><br>Defendants. | Case No.: 3:10-CV-00748-MMD-VPC<br><br>**STIPULATION AND ORDER TO RESCHEDULE CASE MANANGEMENT CONFERENCE (FIRST REQUEST)** |

## STIPULATION TO RESCHEDULE CASE MANANGEMENT CONFERENCE

Plaintiff, Pedro Rosales Martinez by and through his attorney L. Edward Humphrey, and Defendants Colby Palmer and Rick Ayala by and through their undersigned counsel, hereby agree and stipulate to reschedule the Case Management Conference from November 26, 2018 to December 6, 2018 at 10:00 a.m.

The extension of this deadline is requested to accommodate the schedule of counsel for Defendants, and is

//
//
//
//
//
//

not brought for any improper purpose or undue delay.

DATED this 24TH day of October, 2018                    DATED this 24th day of October, 2018.

KARL HALL                                                          HUMPHREY LAW PLLC
RENO CITY ATTORNEY

BY: /s/ Mark W. Dunagan                                            /s/ L. Edward Humphrey
MARK W. DUNAGAN                                                    L. Edward Humphrey
NEVADA BAR #10574                                                  Nevada Bar # 9066
P.O. Box 1900                                                      140 Washington Street, Suite 210
Reno, Nevada 89505                                                 Reno, Nevada 89501
(775) 334-2050                                                     (775) 420-3500
*Attorneys for City of Reno*                                       *Attorney for Plaintiff*
*and Colby Palmer and Rick Ayala*

## ORDER

IT IS SO ORDERED.

Dated this 25th day of October, 2018

_____
UNITED STATES MAGISTRATE JUDGE