L. Edward Humphrey—NV Bar 9066
**HUMPHREY LAW PLLC**
201 West Liberty Street, Suite 350
Reno, Nevada 89501
Tel:  775.420.3500
Fax:  775.683.9917
ed@hlawnv.com
*Attorney for Plaintiff,*
*Pedro Rosales-Martinez*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 20 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PEDRO ROSALES-MARTINEZ<br><br>Plaintiff,<br><br>v.<br><br>COLBY PALMER, et. al.,<br><br>Defendants. | Case No.: 3:10-cv-00748-MMD-VPC<br><br>**STIPULATION AND ORDER REGARDING THE FILING OF OPPOSITION AND REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUESTED EXTENSION)** |

**COMES NOW**, Plaintiff PEDRO ROSALES-MARTINEZ, by and through his undersigned counsel of record L. EDWARD HUMPHREY, ESQ. of HUMPHREY LAW PLLC, and Defendants COLBY PALMER and RICK AYALA, by and through their undersigned counsel of record MARK W. DUNAGAN, Deputy City Attorney for the RENO CITY ATTORNEY, and whereas the parties have cooperatively worked together on scheduling issues; and whereas, Plaintiff's counsel has scheduled deposition, mediation, and hearing dates in other cases that are delaying completion of an Opposition to Defendants' Motion for Summary Judgment [filed August 30, 2019, at ECF No. 193], whereas Defendants' counsel has a pre-planned trip out of the office that would interfere with the completion of any Reply, and whereas no hearing has been set on Defendants' Motion for Summary Judgment as of the date of this filing;

THEREFORE, the Parties through their undersigned counsel hereby STIPULATE AND AGREE to the deadlines below and respectfully request that the Court enter its Order accordingly:

- Any Opposition to Defendants' Motion for Summary Judgment shall be filed on or before October 11, 2019; and

- Defendants shall have until October 25, 2019 to file any Reply to any Opposition filed by Plaintiff.

Pursuant to LR IA 6-1, this is the first extension of time related to briefing on Defendants' Motion for Summary Judgment and said request is not made for purposes of unnecessary cost or delay.

IT IS SO STIPULATED.

Dated this 19th day of September 2019.

**HUMPHREY LAW PLLC**　　　　　　　　**KARL S. HALL**
　　　　　　　　　　　　　　　　　　　　**RENO CITY ATTORNEY**

By: /s/ L. Edward Humphrey　　　　　　By:/s/ Mark W. Dunagan
L. Edward Humphrey, Esq. NSBN 9066　　Mark W. Dunagan, Esq.
201 W. LIBERTY STREET, SUITE 350　　　Deputy City Attorney, NSBN 10574
RENO, NEVADA 89501　　　　　　　　　Post Office Box 1900
Tel:　775.420.3500　　　　　　　　　　Reno, Nevada 89505
Fax:　855.485.6329　　　　　　　　　　Tel: 775-334-2050
ed@hlawnv.com　　　　　　　　　　　dunaganm@reno.gov
*Attorney for Plaintiff*　　　　　　　　　　*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
Dated: September 20, 2019.