L. Edward Humphrey—NV Bar 9066
Christopher L. Blandford—NV Bar 14482
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
Tel:   775.420.3500
Fax:  775.683.9917
ed@hlawnv.com
*Counsel for Plaintiff*



___ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO ROSALES-MARTINEZ,<br><br>Plaintiff,<br>vs.<br>RICK AYALA, COLBY PALMER, *et al.*,<br>Defendants. | Case No.: 3:10-CV-00748-MD-CBC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO REOPEN DISCOVERY**<br><br>**(FIRST REQUEST)** |

Plaintiff, PEDRO ROSALES-MARTINEZ, by and through his attorney L. EDWARD HUMPHREY, ESQ. and Defendants RICK AYALA, and COLBY PALMER, by and through their attorneys, Reno City Attorney KARL HALL and Deputy City Attorney MARK DUNAGAN, and herby stipulate to extend Plaintiff's deadline to file his Reply in Support of the Motion to Reopen Discovery (ECF No. 196) from November 1, 2019 to November 14, 2019.

This is the parties' first request to move Plaintiff's deadline to file his Reply in Support of Motion to Reopen Discovery. The extension is not requested for any improper purpose or undue delay.

///

DATED this 31st day of October 2019

HUMPHREY LAW PLLC

By: /s/ L. Edward Humphrey
L. Edward Humphrey, Esq.
Christopher L. Blandford, Esq.
201 W. Liberty Street, Suite 350
Reno, NV 89501
(775) 420-3500
*Attorneys for Plaintiff*

DATED this 31st day of October 2019

KARL HALL
Reno City Attorney

By: /s/ Mark W. Dunagan
MARK W. DUNAGAN
Deputy City Attorney
NSBN 10574
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Rick Ayala, and Colby Palmer*

IT IS SO ORDERED.

DATED this 1st day of November 2019.

_____
United States Magistrate Judge