KARL S. HALL
Reno City Attorney
MARK W. DUNAGAN
Deputy City Attorney
Nevada State Bar #10574
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
Email: dunaganm@reno.gov
*Attorneys for Colby Palmer
and Rick Ayala*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\*\*\***

| | |
|---|---|
| PEDRO ROSALES-MARTINEZ, <br><br> Plaintiff, <br><br> vs. <br><br> RICK AYALA, COLBY PALMER, *et al.*, <br><br> Defendants. | Case No.: 3:10-CV-00748-MD-CBC <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> **(SECOND REQUEST)** |

Defendants RICK AYALA, and COLBY PALMER, by and through their attorneys, Reno City Attorney KARL HALL and Deputy City Attorney MARK DUNAGAN, and Plaintiff, PEDRO ROSALES-MARTINEZ, by and through his attorney L. EDWARD HUMPHREY, ESQ., herby stipulate to extend the Defendants' deadline to file their Reply in Support of the Motion for Summary Judgment (ECF No. 193) from October 28, 2019 to November 12, 2019.

A prior request extended the Plaintiff's deadline in order to enlarge his time to oppose the Motion. Defendants now seek an enlargement of their reply time because the prior

established reply window has run concurrently with their time to respond to Plaintiff's Motion to Reopen Discovery (ECF No. 196), which deadline counsel has been working diligently to meet. The extension is not requested for any improper purpose or undue delay.

DATED this  24th  day of October, 2019         DATED this  24th  day of October, 2019

HUMPHREY LAW PLLC                               KARL HALL
                                                Reno City Attorney


By: /s/ L. Edward Humphrey                      By: /s/ Mark W. Dunagan
    L. Edward Humphrey, Esq.                        Mark W. Dunagan
    Christopher L. Blandford, Esq.                  Deputy City Attorney
    HUMPHREY LAW PLLC                               NSBN 10574
    201 W. Liberty Street, Suite 350                Post Office Box 1900
    Reno, NV 89501                                  Reno, Nevada 89505
                                                    (775) 334-2050
    *Attorneys for Plaintiff*
                                                    *Attorneys for Rick Ayala, and
                                                    Colby Palmer*


IT IS SO ORDERED.

DATED this 7th      day of November, 2019.

                                                _____
                                                United States District Judge