KARL S. HALL
Reno City Attorney
MARK W. DUNAGAN
Deputy City Attorney
Nevada State Bar #10574
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
Email: dunaganm@reno.gov
*Attorneys for Colby Palmer
and Rick Ayala*

☑ FILED   ☐ RECEIVED
☐ ENTERED   ☐ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2 3 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
***

| | |
|---|---|
| PEDRO ROSALES-MARTINEZ,<br><br>    Plaintiff,<br>vs.<br><br>RICK AYALA, COLBY PALMER, *et al.*,<br><br>    Defendants. | Case No.: 3:10-CV-00748-MD-CBC<br><br>*ORDER*<br><br>**STIPULATION TO CONTINUE<br>SETTLEMENT CONFERENCE**<br><br>**(FIRST REQUEST)** |

Defendants RICK AYALA, and COLBY PALMER, by and through their attorneys, Reno City Attorney KARL HALL and Deputy City Attorney MARK DUNAGAN, and Plaintiff, PEDRO ROSALES-MARTINEZ, by and through his attorney L. EDWARD HUMPHREY, ESQ., herby stipulate to a continuance of the Settlement Conference, from March 16, 2020 at 9:00 a.m. (ECF No. 208) to **March 23, 2020 at 9:00 a.m.**. This is the first request for an extension to continue the Settlement Conference in this matter.

The continuance has been requested because Defendants' counsel, Mark Dunagan, will be unavailable at the time originally set for the Settlement Conference.

The extension is not requested for any improper purpose or undue delay.

DATED this __20th__ day of December, 2019      DATED this __20th__ day of December, 2019

HUMPHREY LAW PLLC                              KARL HALL
                                               Reno City Attorney


By: _/s/ L. Edward Humphrey_                   By: _/s/ Mark W. Dunagan_
    L. Edward Humphrey, Esq.                   Mark W. Dunagan
    Christopher L. Blandford, Esq.              Deputy City Attorney
    HUMPHREY LAW PLLC                           NSBN 10574
    201 W. Liberty Street, Suite 350            Post Office Box 1900
    Reno, NV 89501                              Reno, Nevada 89505
                                               (775) 334-2050
*Attorneys for Plaintiff*
                                               *Attorneys for Rick Ayala, and Colby Palmer*


IT IS SO ORDERED.

DATED this __23rd__ day of December, 2019.

_____
United States Magistrate Judge