L. Edward Humphrey, Esq., - NSB 9066
**HUMPHREY LAW PLLC**
201 West Liberty Street, Suite 350
Reno, Nevada 89501
Tel: (775) 420-3500
Fax: (775) 683-9915
ed@hlawnv.com
*Attorney for Plaintiff,*
*Pedro Rosales-Martinez*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO ROSALES-MARTINEZ<br><br>            Plaintiff,<br><br>v.<br><br>COLBY PALMER, et. al.,<br><br>           Defendants. | Case No.: 3:10-cv-00748-MMD-VPC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Current Deadline: August 6, 2020<br>Proposed Deadline: August 20, 2020 |

      Plaintiff, Pedro Rosales-Martinez ("Plaintiff"), by and through his counsel of record, L. Edward Humphrey of Humphrey Law PLLC, and Defendants Colby Palmer and Rick Ayala ("Defendants"), by and through their counsel of record Mark Dunagan of the Reno City Attorney's Office, hereby stipulate, agree, and request that the Court enter an Order approving this stipulation to extend the deadline to file a stipulation dismissing this action with prejudice from the currently scheduled deadline of August 6, 2020, to August 20, 2020. The parties request a two-week extension in which to finalize the Settlement Agreement that has been circulated between the parties.

      The undersigned parties have been working in good faith to finalize the policy changes contemplated in the settlement as well as the language of the Settlement Agreement

and request that the deadline for the dismissal of this action pursuant to the parties' settlement be extended to August 20, 2020.

This stipulation is not filed for any dilatory or improper purpose.

Dated this 5th day of August 2020.

| | |
|---|---|
| **HUMPHREY LAW PLLC** | **KARL HALL**<br>**Reno City Attorney** |
| By: /s/ *L. Edward Humphrey*<br>L. Edward Humphrey, Esq.<br>201 W. Liberty Street, Suite 350<br>Reno, NV 89501<br>(775) 420-3500<br>*Attorneys for Plaintiff* | By: /s/ *Mark W. Dunagan*<br>MARK W. DUNAGAN<br>Deputy City Attorney<br>NSBN 10574<br>Post Office Box 1900<br>Reno, Nevada 89505<br>(775) 334-2050<br>*Attorneys for Rick Ayala, and Colby Palmer* |

## ORDER

IT IS SO ORDERED.

DATED THIS  6th  day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE