L. Edward Humphrey, Esq., - NSB 9066
**HUMPHREY LAW PLLC**
201 West Liberty Street, Suite 350
Reno, Nevada 89501
Tel: (775) 420-3500
Fax: (775) 683-9915
ed@hlawnv.com
*Attorney for Plaintiff, Pedro Rosales-Martinez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO ROSALES-MARTINEZ<br><br>Plaintiff,<br><br>v.<br><br>COLBY PALMER, et. al.,<br><br>Defendants. | Case No.: 3:10-cv-00748-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DIMISSAL WITH PREJUDICE** |

The parties to this action, acting through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement, to the Dismissal With Prejudice of this action, including any and all claims, counterclaims, third-party claims, and defenses stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 15th day of September, 2020.

| | |
|---|---|
| **HUMPHREY LAW PLLC** | **KARL HALL**<br>**Reno City Attorney** |
| By:  */s/ L. Edward Humphrey*<br>L. Edward Humphrey, Esq.<br>NV Bar 9066<br>201 W. Liberty Street, Suite 350<br>Reno, Nevada 89501<br>(775) 420-3500<br>*Attorneys for Plaintiff* | By:  */s/ Mark W. Dunagan*<br>Mark W. Dunagan, Esq.<br>NV Bar 10574<br>Deputy City Attorney<br>Post Office Box 1900<br>Reno, Nevada  89505<br>(775) 334-2050<br>*Attorneys for Rick Ayala and Colby Palmer* |

1

**CHRISTOPHER J. HICKS**
DISTRICT ATTORNEY

By: */s/ Herbert B. Kaplan*
Herbert B. Kaplan, Esq.
NV Bar 7395
Deputy District Attorney
1 So. Sierra St.
Reno, Nevada 89501
Tel:  775-337-5700
*Attorneys for Washoe County*
*(Participating Settlement Party)*

## ORDER

**IT IS SO ORDERED THIS** __15th__ day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE

*Submitted by*:

L. EDWARD HUMPHREY, ESQ.
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
*Attorney for Plaintiff, Pedro Rosales-Martinez*